# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2656

_____

Rev. David L. Joe,     *
    *
         Appellant,     *
    *   Appeal from the United States
    v.     *   District Court for the
    *   District of South Dakota.
Walgreens Co./ILL; Walgreens Co./     *
ILL, District 311; Jason Frederick, in     *   [UNPUBLISHED]
his official capacity; Mary Ann Hansen, *
in her official capacity; Kristine Rasby, *
in her official capacity; Frank     *
Maxwell, in his official capacity,     *
    *
         Appellees.     *

_____

Submitted: February 7, 2011
Filed: February 18, 2011

_____

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

The Reverend David Joe appeals the district court's[1] adverse grant of summary judgment in his action asserting both state-law and federal law employment-

_____

[1]The Honorable Roberto A. Lange, United States District Judge for the District of South Dakota.

discrimination claims.  On de novo review, we conclude that dismissal of Joe's state-law claims was proper.  <u>See</u> <u>Jansen v. Lemmon Fed. Credit Union</u>, 562 N.W.2d 122, 124 (S.D. 1997).  We also agree with the district court that Joe's federal claims are time-barred, and conclude that the facts of this case do not warrant equitable tolling.  <u>See</u> 42 U.S.C. § 2000e-5(f)(1); 42 U.S.C. § 12117(a).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____